# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FEATHER LYNN STILLSMOKING,<br><br>Defendant. | CR 22-70-GF-BMM<br><br><br>ORDER |

Pending before the Court is the motion of the United States of America requesting that the Court allow the victim of count 2 of the indictment and her local advocate to appear at the initial appearance/arraignment scheduled for October 13, 2022, by Zoom. The motion is unopposed. For good cause shown, IT IS ORDERED that the victim, Jane Doe, and her advocate may appear at the initial appearance/arraignment scheduled on October 13, 2022, by Zoom. The Government will contact the Clerk of Court for the Zoom link.

DATED this 11th day of October 2022.

_/s/ Brian Morris_____
Brian Morris, Chief District Judge
United States District Court